**Electronically Filed
Supreme Court
SCWC-16-0000663
08-JAN-2021
09:02 AM
Dkt. 13 OGMR**

SCWC-19-0000077

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

SCWC-16-0000663

KENNETH M. SKAHAN,
Petitioner/Claimant-Appellant/Appellant,

vs.

STUTTS CONSTRUCTION COMPANY, INC.,
Respondent/Employer-Cross-Appellant/Appellee,
and

FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Respondent/Insurance Carrier-Cross-Appellant/Appellee.

(CASE NO.: AB 2014-019 (WH); DCD NO.: 9-04-45072(M))

_____

SCWC-16-0000664

KENNETH M. SKAHAN,
Petitioner/Claimant-Appellant,

vs.

STUTTS CONSTRUCTION COMPANY, INC.,
Respondent/Employer-Appellee,

and

FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Respondent/Insurance Carrier-Appellee.

(CASE NO.: AB 2014-041 (WH); DCD NO.: 9-13-45106(M))
_____

SCWC-19-0000077

KENNETH M. SKAHAN,
Petitioner/Claimant-Appellant,

vs.

STUTTS CONSTRUCTION COMPANY, INC.,
Respondent/Employer-Appellee,

and

FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Respondent/Insurance Carrier-Appellee.

(CASE NO.: AB 2015-374 (M); DCD NO.: 7-14-45105)
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000663; CAAP-16-0000664; and CAAP-19-0000077)

ORDER GRANTING MOTION FOR RECONSIDERATION OF THE OPINION FILED
DECEMBER 24, 2020
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, JJ., and
Circuit Judge Johnson, in place of Pollack, J., recused)

Upon consideration of Respondent/Employer-Appellee
Stutts Construction Company, Inc.'s motion for reconsideration,
filed on January 4, 2021, and the record and files herein,

IT IS HEREBY ORDERED, that the motion is granted.
Section IV.B.2 of the opinion is deleted.  An amended opinion
will be filed contemporaneously with this order.

DATED: Honolulu, Hawaiʻi, January 8, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Ronald G. Johnson

